[No. 46905-7-II. Division Two. March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY THOMAS STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-01058-3, Leila Mills, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Melnick and Sutton, JJ.

[No. 46913-8-II. Division Two. March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER JAMES MAHONE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01236-3, Ronald E. Culpepper, J., entered October 17, 2014. *Dismissed* by unpublished opinion per Maxa, J., concurred in by Melnick and Sutton, JJ.

[No. 47033-1-II. Division Two. March 1, 2016.]

CASEY W. DOUGHERTY, *Appellant*, v. HOLIDAY HILLS COMMUNITY CLUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-15936-3, Gerald T. Costello, J., entered December 16, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 47307-1-II. Division Two. March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JULIAN LANDRIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00318-0, Stanley J. Rumbaugh, J., entered February 6, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.